186 F.2d 308
 HIGHWAY INSURANCE UNDERWRITERS
v.
O. L. HARVEY, d.b.a. O. L. Harvey Truck Service.
 No. 4172.
 United States Court of Appeals Tenth Circuit.
 Jan. 2, 1951.
 
 Draper Grigsby and James D. Foliart, Oklahoma City, Okl., for appellant.
 Dudley, Duvall & Dudley, Oklahoma City, Okl. and Charles Sims, Seminole, Okl., for appellee.
 Before PHILLIPS, Chief Judge, and BRATTON and PICKETT, Circuit Judges.
 PER CURIAM.
 
 
 1
 Appeal dismissed January 2, 1951, on motion of appellant.